IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION


JAMES ALLEN and RACHEL ALLEN,

     Plaintiffs,

                        CIVIL ACTION FILE

     vs.

                        NO. 5:18-CV-00145-MTT


OSMANY F. SANCHEZ, CARIBE
TRUCKING CO. LLC, and STARR
INDEMNITY AND LIABILITY
COMPANY,

     Defendants.



DEPOSITION OF JAMES ALLEN


January 3rd, 2018
Commencing at 2:40 p.m.
Concluding at 4:12 p.m.


Held at Reynolds, Horne & Survant
6320 Peake Road
Macon, Georgia


Reported by Deborah J. Combs, RPR, CCR-B-1000

Q    Okay.  So you made every effort you could to avoid hitting that truck?

A    Yes, sir.

Q    Do you have any knowledge or information to suggest to you that anyone involved in this case, Mr. Sanchez or his company, intentionally acted or acted with any intent to harm you?

A    I don't.

Q    Okay.

A    I don't.

Q    If Mr. Sanchez testified that he was unable to steer the truck off the roadway due to the tire being blown out, do you have any reason to dispute that?

A    Yes.  I've seen -- I've seen several 18-wheeler blowouts that move -- I see it every day on 75.

Q    Do you see big trucks blow tires every day?

A    Almost every day I drive on 75.

Q    It's a common occurrence in your experience that a big truck can blow a tire on the highway?

A    Uh-huh.

Q    Have you ever driven an 18-wheeler?

A    No, sir.  I've got a -- I've got a close friend that owns his own truck company.