**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| JAMES ALLEN and RACHEL ALLEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | File No.  5:18-cv-00145-MTT |
| OSMANY F. SANCHEZ, CARIBE | ) | |
| TRUCKING CO. LLC, and | ) | |
| STARR INDEMNITY AND | ) | |
| LIABILITY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW Defendants, Caribe Trucking Co. LLC., Osmany Sanchez, and Starr Indemnity and Liability Company (hereinafter "Defendants"), pursuant to F.R.C.P 56 and L.R. 56.1 and hereby move for partial summary judgment in their favor as more fully set forth in their supporting Brief, filed herewith, and assert they are entitled to judgment as a matter of law as to the following claims:

(1)    Defendants are entitled to partial summary judgment on Plaintiffs' claims for negligent hiring and negligent retention; and

(2)    Plaintiffs' claim for punitive damages.

In support of Defendants' Motion they rely upon their Statement of Material Facts Not In Dispute, the deposition testimony of Osmany Sanchez and James Allen, and all pleadings and other evidence properly before the Court.

Respectfully submitted, this 5th day of March, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ M. Andrew Echols

M. Andrew Echols
Georgia Bar No. 153099
Andrew.Echols@lewisbrisbois.com
*Attorneys for Defendants*

1180 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30326
404.348.8585 (telephone)
404.467.8845 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *DEFENDANTS'*

*PARTIAL MOTION FOR SUMMARY JUDGMENT, BRIEF IN SUPPORT, and*

*STATEMENT OF MATERIAL FACTS NOT IN DISPUTE,* on all parties to this

action by electronically filing the same with the Clerk of Court via CM/ECF,

which will send electronic notification to counsel of record as follows:

Bradley J. Survant
Reynolds, Horne & Survant
P.O. Box 26610
Macon, Georgia 31221

*Attorneys for Plaintiffs*

This 5th day of March, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP


/s/ M. Andrew Echols
M. Andrew Echols
Georgia Bar No. 153099
Andrew.Echols@lewisbrisbois.com

1180 Peachtree Street, N.E.          *Attorneys for Defendants*
Suite 2900
Atlanta, Georgia 30326
404.348.8585 (telephone)
404.467.8845 (facsimile)