# EXHIBIT A

COPY

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

JAMES ALLEN, JR. and RACHEL
ALLEN,

      Plaintiffs,

vs.

OSMANY F. SANCHEZ, CARIBE
TRUCKING CO., LLC, and STARR
INDEMNITY AND LIABILITY
COMPANY,

      Defendants.

CIVIL ACTION NO. 88556

## COMPLAINT

COME NOW, James Allen, Jr. and Rachel Allen, Plaintiffs, and respectfully show the Court the following:

1.

Plaintiffs James Allen, Jr. and Rachel Allen are residents of Houston County, Georgia.

2.

Defendant Osmany F. Sanchez is a resident of Miami-Dade County, Florida, and is subject to the jurisdiction and venue of this Court pursuant to the Long Arm Statute, O.C.G.A. § 9-10-91, et seq. and/or the Non-Resident Motorist Act, O.C.G.A. § 40-12-1 and other applicable Georgia law.

3.

Defendant Caribe Trucking Co., LLC is a foreign limited liability company with its principal place of business located at 19000 SW 192 St., Miami, Miami-Dade County, Florida

2018040225925

33187, and whose Registered Agent for Service in the State of Florida is Corporate Creations Network, Inc., 11380 Prosperity Farms Road, # 221E, Palm Beach Gardens, Palm Beach County, Florida 33410, and as joint tortfeasor is subject to the jurisdiction and venue of this Court.

4.

At all pertinent times, Defendant Starr Indemnity and Liability Company covered Defendant Caribe Trucking Co., LLC with a policy of insurance. Said policy was written and provided to protect the public against injury to person and property proximately caused by the negligence of such carrier, its servants or agents. This direct action, is therefore, permitted by O.C.G.A. §40-1-112. Defendant Starr Indemnity and Liability Company's Registered Agent for Service in the State of Georgia is CT Corporation System, 289 S. Culver St., Lawrenceville, Gwinnett County, Georgia 30046.

5.

Defendants, jointly and severally, have injured and damaged Plaintiffs by reason of the facts set out below.

6.

Plaintiffs show that on the evening of January 26, 2018, a 2007 Volvo 15000 Original tractor-trailer truck, driven by Defendant Osmany F. Sanchez, was traveling south on I-75 near Hartley Bridge Road in the third lane from the left.

7.

At approximately the same time, Plaintiff James Allen was traveling south on I-75 near Hartley Bridge Road in the fourth lane from the left.

2

Case 5:18-cv-00145-MTT Document 1-2 Filed 04/27/18 Page 4 of 6

**8.**

Defendant Sanchez attempted to change lanes, moving into Plaintiff James Allen's lane, causing a collision.

**9.**

Plaintiff James Allen, Jr. shows the collision and all of his injuries, damages and suffering were a direct result of and proximately caused by the negligence of Defendant Osmany F. Sanchez in the following particulars:

a) In failing to maintain his lane;

b) In failing to keep a proper lookout;

c) In failing to exercise ordinary due care in the operation of a motor vehicle; and

d) Defendant was otherwise negligent.

**10.**

At all times relevant, Defendant Osmany F. Sanchez was acting as an employee and/or agent of Defendant Caribe Trucking Co., LLC; therefore, any negligence on the part of Defendant Sanchez is imputable to Caribe Trucking Co., LLC.

**11.**

Defendant Caribe Trucking Co., LLC was negligent as follows:

(a) In hiring/employing Osmany F. Sanchez who Defendant knew, or should have known, was an unsafe driver;

(b) In retaining Defendant Osmany F. Sanchez after Defendant knew or should have known of his reckless and dangerous propensities;

(c) In failing to ensure that the vehicle was properly maintained and inspected; and

(d) Defendant was otherwise negligent.

3

2018040225925

Case 5:18-cv-00145-MTT Document 1-2 Filed 04/27/18 Page 5 of 2

**12.**

As a result of the joint and several negligent acts of the Defendants, as named above, Plaintiff James Allen, Jr. sustained injuries from which he did then suffer, now suffers and will continue to suffer great pain of body and mind for an indefinite period of time. Plaintiff shows further that he has incurred special damages in the form of medical expenses and lost wages.

**13.**

The actions of all Defendants, jointly and severally, showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise presumption of conscious indifference to consequences, and therefore, Plaintiff James Allen, Jr. is entitled to punitive damages in an amount sufficient to deter Defendants from such further conduct.

**14.**

Plaintiff Rachel Allen shows that on January 28, 2018, she was the lawful spouse of Plaintiff James Allen, Jr. and has suffered damages in the nature of lost companionship and consortium by virtue of the combined negligence of the Defendants.

**15.**

WHEREFORE, Plaintiffs pray for the following:

(a) That Plaintiffs have a trial by a fair and impartial jury of twelve members;

(b) That Summons be issued requiring the Defendants to be served as provided by law and requiring Defendants to answer the Complaint;

(c) That Plaintiffs obtains a judgment against the Defendants, jointly and severally, in a just and reasonable amount to compensate his for his injuries, damages and suffering, both general and special;

4

2018040225925

(d)     That Plaintiffs have and recover punitive damages from Defendants, jointly and

severally, in an amount to deter Defendants;

(e)     That the cost of bringing this action be taxed against Defendants; and

(f)     That Plaintiffs have such other and further relief as this Court shall deem just and

equitable.

W. CARL REYNOLDS
Georgia Bar No. 601900

BRADLEY J. SURVANT
Georgia Bar No. 692820

REYNOLDS, HORNE & SURVANT
P. O. Box 26610
Macon, Georgia 31221-6610
(478) 405-0300

5

2018040225925