# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

MACON DIVISION


JAMES ALLEN and RACHEL ALLEN,

            Plaintiffs,

                                CIVIL ACTION FILE

      vs.

                            NO. 5:18-CV-00145-MTT


OSMANY F. SANCHEZ, CARIBE

TRUCKING CO. LLC, and STARR

INDEMNITY AND LIABILITY

COMPANY,


            Defendants.


DEPOSITION OF JAMES ALLEN


January 3rd, 2019

Commencing at 2:40 p.m.

Concluding at 4:12 p.m.


Held at Reynolds, Horne & Survant

6320 Peake Road

Macon, Georgia


Reported by Deborah J. Combs, RPR, CCR-B-1000

Page 95

Q    Okay.  So you made every effort you could to avoid hitting that truck?

A    Yes, sir.

Q    Do you have any knowledge or information to suggest to you that anyone involved in this case, Mr. Sanchez or his company, intentionally acted or acted with any intent to harm you?

A    I don't.

Q    Okay.

A    I don't.

Q    If Mr. Sanchez testified that he was unable to steer the truck off the roadway due to the tire being blown out, do you have any reason to dispute that?

A    Yes.  I've seen -- I've seen several 18-wheeler blowouts that move -- I see it every day on 75.

Q    Do you see big trucks blow tires every day?

A    Almost every day I drive on 75.

Q    It's a common occurrence in your experience that a big truck can blow a tire on the highway?

A    Uh-huh.

Q    Have you ever driven an 18-wheeler?

A    No, sir.  I've got a -- I've got a close friend that owns his own truck company.